**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ALTAGRACIA SOTO,<br><br>   Defendant. | **No. 10-CR-4091-DEO**<br><br>**ORDER ACCEPTING REPORT<br>AND RECOMMENDATION<br>CONCERNING GUILTY PLEA** |

## I. INTRODUCTION AND BACKGROUND

On September 22, 2010, a three count Indictment (Docket No. 3) was returned in the above-referenced case. Defendant Altagracia Soto was only named in Count 1.

Count 1 of the Indictment charges that from about April 1, 2009, and continuing through April 7, 2009, in the Northern District of Iowa and elsewhere, defendant Altagracia Soto and a co-defendant, did knowingly and unlawfully combine, conspire, confederate, and agree with each other and with other persons, known and unknown to the Grand Jury, to distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), 846.

On March 24, 2011, defendant Altagracia Soto appeared before Chief United States Magistrate Judge Paul A. Zoss and entered a plea of guilty to Count 1 of the Indictment.

The Report and Recommendation (Docket No. 34, 03/24/2011), states that the Defendant is pleading guilty pursuant to a plea agreement (Sealed at Docket No. 37), and Chief United States Magistrate Judge Paul A. Zoss recommends that defendant Altagracia Soto's guilty plea be accepted. Waivers of objections to Judge Zoss's Report and Recommendation were filed by each party (Docket Nos. 35 and 36). The Court, therefore, undertakes the necessary review to accept defendant Altagracia Soto's plea in this case.

## II.  ANALYSIS

### A.  Standard of Review

Pursuant to statue, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommendation decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b).

As mentioned, waivers of objections to the Report and Recommendation have been filed, and it appears to the Court upon review of Chief Magistrate Judge Zoss's findings and conclusions that there are no grounds to reject or modify them.

**IT IS THEREFORE HEREBY ORDERED** that this Court accepts Chief Magistrate Judge Zoss's Report and Recommendation (Docket No. 34), and accepts defendant Altagracia Soto's plea

of guilty in this case to Count 1 of the Indictment (Docket No. 3).

**IT IS SO ORDERED** this 1st day of June, 2011.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa